# THE DWYER LAW FIRM, L.L.C.

17 ACADEMY STREET, SUITE 1201
NEWARK, NEW JERSEY 07102

ANDREW DWYER*

LA TOYA L. BARRETT*
ANGELICA M. CESARIO*

*ALSO ADMITTED IN NEW YORK

(973) 242-3636
FAX (973) 242-3399
www.thedwyerlawfirm.com

ATLANTIC CITY AREA OFFICE
CORNERSTONE COMMERCE CENTER
1201 NEW ROAD, SUITE 230
LINWOOD, NEW JERSEY 08221
(609) 601-6600
(609) 601-6601 (FAX)

SPECIAL COUNSEL
JONATHAN E. DIEGO
www.diegonewjerseylawyer.com

PLEASE REPLY TO NEWARK OFFICE

August 25, 2014

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg.
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   Lisa Fisher v. Hon. Francine A. Schott, J.S.C., et al.,
      Civil Action No. 13-5549 (ES) (MAH)

Dear Judge Hammer:

I am in receipt of the letter from Angelo Genova. The letter is disingenuous. I've simply asked defense counsel to agree to hold the subpoenas in abeyance for a day or so to allow us to either resolve the issue by agreement, or to submit a joint letter to the Court. They have refused. Once the subpoenas are executed and the financial records are produced, there will be nothing left to discuss, and my client's privacy (and her husband's privacy) will be irreparably harmed.

Thank you for Your Honor's courtesies.

Very truly yours,

THE DWYER LAW FIRM, L.L.C.

Andrew Dwyer

cc:   Lisa Fisher
      Angelo Genova (via ECF)
      Susan M. Scott (via ECF)