UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA FISHER, : | |
| : | |
| Plaintiff, : | Civil Action No. 13-5549 (ES) |
| : | |
| v. : | |
| : | ORDER |
| HON. FRANCINE A. SCHOTT, et al., : | |
| : | |
| Defendants. : | |

This matter having come before the Court by way of the parties' joint letter dated September 24, 2014 [D.E. 89] regarding outstanding discovery issues, and Defendant Schott's letter dated October 14, 2014 [D.E. 90] requesting an exigent ruling on her request for Plaintiff's bank, credit or debit cards statements;

and the Court having considered the parties' submissions as well as the applicable law;

and the Court having held a conference on October 24, 2014;

and the Court having held a hearing on the record on October 28, 2014;

and for the reasons set forth on the record on October 28, 2014;

and for good cause shown;

**IT IS on this 31st day of October, 2014**;

**ORDERED that**:

1. Defendant Schott's application to enforce compliance with her subpoena for records issued to Spelman College for the enrollment verification, billing and financial aid records pertaining to Plaintiff's daughter, Stephanie Fisher, is denied without prejudice.

2. Plaintiff's request for Defendant Schott's personnel file is denied.

3. By agreement of the parties, Plaintiff's request for the production of documents from prior litigation in which Defendant Schott is or was named as a party is withdrawn.

    Defendant Schott shall provide to Plaintiff the docket number and court, to the extent known, of any such matter.

4. Plaintiff's request for employment documents relating to Patricia Yenkosky, Defendant Schott's former secretary, is denied without prejudice.

5. By the close of business on **October 28, 2014**, Plaintiff shall provide to Defendant Schott the account numbers for the following two bank accounts issued to and/or held jointly by Plaintiff: (1) Plaintiff's account held jointly with her daughter; and (2) Plaintiff's account held jointly with her son. Plaintiff shall provide to Defendant Schott a written confirmation that there are no other bank, credit or debit cards issued to Plaintiff or jointly issued in Plaintiff's name during the relevant time periods between November 1, 2012 and January 13, 2013. Defendant Schott shall notify Bank of America by letter on or before **October 29, 2014 at 12:00 p.m.**, of the Court-ordered modifications to the subpoenas and to limit production of responsive information solely to the two relevant bank accounts.

6. The parties are directed to meet and confer regarding any remaining disputes regarding written discovery. Any remaining disputes shall be presented to the Undersigned by way of joint letter not later than **November 11, 2014**. The parties shall follow the format prescribed in paragraph 5 of the Pretrial Scheduling Order filed on February 6, 2014 [D.E. 12].

                                               *s/ Michael A. Hammer*
                                               UNITED STATES MAGISTRATE JUDGE