# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA FISHER,<br><br>   Plaintiff,<br><br>   v.<br><br>HON. FRANCINE A. SCHOTT, *et al.*,<br><br>   Defendants. | Civil Action No. 13-5549 (ES)<br><br>ORDER |

This matter having come before the Court upon a partial motion to dismiss by Defendant Francine A. Schott, J.S.C., (D.E. No. 23), and the Court having considered the parties' submissions in support of and in opposition to the motion; and for the reasons stated in the Court's accompanying Opinion;

**IT IS** on this 19th day of November 2014, hereby

**ORDERED** that Defendant Francine A. Schott, J.S.C.'s motion, (D.E. No. 23), is DENIED in part and GRANTED in part; and it is further

**ORDERED** that the motion to dismiss certain portions of Count I of Plaintiff Lisa Fisher's complaint is DENIED; and it is further

**ORDERED** that Count II of Plaintiff Lisa Fisher's complaint alleging individual liability under the NJFLA is DISMISSED *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall terminate Defendant's motion, (D.E. No. 23).

                 s/ *Esther Salas*
                 **Esther Salas, U.S.D.J.**