

**GENOVA BURNS GIANTOMASI WEBSTER**
ATTORNEYS-AT-LAW

Genova Burns Giantomasi Webster LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

Newark, NJ | New York, NY | Camden, NJ | Red Bank, NJ | Philadelphia, PA | Jersey City, NJ | Washington, DC

Kathleen Barnett Einhorn, Esq.
Partner
Member of NJ and NY Bars
keinhorn@genovaburns.com
Direct: 973-535-7115

December 8, 2014

**VIA ECF**
The Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    Lisa Fisher v. Hon. Francine A. Schott, et al.
             Civil Action No. 13-cv-5549(ES)(MAH)

Dear Judge Hammer:

    Pursuant to Your Honor's instructions during our hearing on December 5, 2014, please be advised that we will not be calling our investigator as a witness in this matter.

    Thank you.

                       Respectfully Submitted,

                       **GENOVA BURNS GIANTOMASI WEBSTER LLC**

                       s/Kathleen Barnett Einhorn

                       KATHLEEN BARNETT EINHORN

KBE:cr
c:    Andrew Dwyer, Esq. (via ECF)
      Susan M. Scott, Esq., Deputy Attorney General (via ECF)
      Angelo J. Genova, Esq. (via ECF)

12838012/21647/001