UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA FISHER,<br><br>    Plaintiff,<br><br>v.<br><br>HON. FRANCINE A. SCHOTT, et al.,<br><br>    Defendants. | Civil Action No. 13-5549 (ES)<br><br>AMENDED ORDER |

This matter having come before the Court by way of Defendant Schott's letter dated December 23, 2014 [D.E. 103] seeking clarification of the Court's Order dated December 8, 2014 [D.E. 102];

and Defendant Schott having represented that there are several outstanding discovery issues;

and for reasons set forth on the record during the hearing on December 5, 2014;

and for good cause shown;

**IT IS on this 31st day of December, 2014,**

**ORDERED that**:

The Order dated December 8, 2014 is amended as follows:

1. On or before **January 12, 2015**:

   a. Plaintiff shall provide to Defendant Schott a written explanation of what steps, if any, have been taken to obtain Plaintiff's deleted data from her cellular phone. Plaintiff shall also identify any experts who may examine Plaintiff's cellular phone data, including any deleted messages.

   b. Plaintiff shall provide authorization for the State of New Jersey to release Plaintiff's disability leave documents from 2008 to present.

c. Plaintiff shall provide Defendant Schott with HIPAA authorizations for Plaintiff's prescription records from all Walmart Pharmacies.

d. Defendant Schott shall provide to Plaintiff any additional information about any alleged work performance deficiencies, or a written confirmation that no deficiencies exist, limited to the time period that Plaintiff was Defendant Schott's secretary.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**
