

**GENOVA BURNS**
ATTORNEYS-AT-LAW

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Kathleen Barnett Einhorn, Esq.**
Partner
Member of NJ and NY Bars
keinhorn@genovaburns.com
Direct: 973-535-7115

January 28, 2015

**VIA ECF**
Honorable Esther Salas, U.S.D.J.
United States District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    Lisa Fisher v. Hon. Francine A. Schott, et al.
            Civil Action No. 13-cv-5549 (MAH)(ES)

Dear Judge Salas:

As you are aware, this firm represents defendant, Honorable Francine A. Schott, J.S.C., in this matter. This shall confirm my telephone conference earlier today with Your Honor's law clerk, Greg Mortenson, wherein I advised my firm has a scheduling conflict with the February 3, 2015 settlement conference date. Mr. Mortenson advised that Your Honor is available for a settlement conference on Friday, February 6, 2015 at 10:00 a.m. I have confirmed that all counsel are available at that time and respectfully request the settlement conference be moved to February 6, 2015 at 10:00 a.m. with all settlement position statements to be filed with Your Honor's Chambers confidentially, by February 4, 2015.

                            Respectfully Submitted,

                            **GENOVA BURNS LLC**

                            s/Kathleen Barnett Einhorn
                            **KATHLEEN BARNETT EINHORN**

KBE/cr
c:   Andrew Dwyer, Esq. (via ECF)
      Susan M. Scott, Esq., Deputy Attorney General (via ECF)
      Angelo J. Genova, Esq. (via ECF)

*So Ordered —*
*Esther Salas, USDJ.*
*1/30/15*