# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge: __**Esther Salas**__                    __FEBRUARY 6, 2015__
                                              Date of Proceedings
Court Reporter:__ Lynne Johnson __

Deputy Clerk: __ Philip Selecky __

**Title of Case**:                    Docket #__ CV. 13-5549 (ES) __

Fisher v. Schott, et al.

**Appearances**:
Andrew Dwyer, Esq, for the pltf.
Angelo Genova, Esq, Kathleen Einhorn, Esq, for deft, Schott.
Susan Scott, Esq, & Ione Curva, Esq, for the defts, Strom and State of New Jersey.

**Nature of Proceedings**: SETTLEMENT CONFERENCE
Settlement Conference to be continued on 4-14-15 at 10:30 a.m. Ordered that the case is stayed pending the next settlement conference.

Time Commenced: 10:35 a.m.
Time Adjourned:  4:05 p.m.
Total Time: 5.30

                                    __Philip Selecky, Deputy Clerk__