# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge:        **Esther Salas**              APRIL 14, 2015
                                            Date of Proceedings

Court Reporter:  Lynne Johnson

Deputy Clerk:   Philip Selecky

**Title of Case**:                 Docket # **CV. 13-5549 (ES)**

Fisher v. Schott, et al.

**Appearances**:
Andrew Dwyer, Esq, for the pltf.
Angelo Genova, Esq, & Kathleen Einhorn, Esq, for deft, Schott.
Susan Scott, Esq, Ione Curva, Esq, & Jeffrey Jacobson, Esq, for the
defts, Strom and State of New Jersey.

**Nature of Proceedings**: SETTLEMENT CONFERENCE CONTINUED
Conference to be continued on 4-15-15 at 9:30 a.m.

Time Commenced: 12:10 p.m. -  3:20 p.m.
Time Adjourned:  1:00 p.m. -  6:20 p.m.
Total Time: 3.50

                              Philip Selecky, Deputy Clerk