# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge:**Esther Salas**APRIL 15, 2015
Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky

**Title of Case**:Docket # **CV. 13-5549 (ES)**

Fisher v. Schott, et al.

**Appearances**:
Andrew Dwyer, Esq, for the pltf.
Angelo Genova, Esq, & Kathleen Einhorn, Esq, for deft, Schott.
Susan Scott, Esq, & Jeffrey Jacobson, Esq, for the defts, Strom and State of New Jersey.

**Nature of Proceedings**: SETTLEMENT CONFERENCE CONTINUED
Stipulation signed by counsel and the court.


Time Commenced:  9:30 a.m.
Time Adjourned: 11:15 a.m.
Total Time: 1.45

Philip Selecky, Deputy Clerk