**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
TEL: (973) 533-0777
FAX: (973) 533-1112
Attorneys for Defendant,
Hon. Francine A. Schott, J.S.C.

**CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA FISHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HON. FRANCINE A. SCHOTT, J.S.C., ELIZABETH ANN STROM, Acting Clerk of the Superior Court of New Jersey, and the STATE OF NEW JERSEY,<br><br>　　　　Defendants. | Civil Action No.<br>13-cv-5549 (ES)(MAH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties, through their counsel, that all claims that were or could have been asserted in this action, by plaintiff, Lisa Fisher, against defendants, Hon. Francine A. Schott, J.S.C., Elizabeth Ann Strom and State Of New Jersey are hereby **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees. No payment is being made to Plaintiff by any Defendant regarding any claims set forth in this action. Defendants dismiss all counterclaims that were or could have been brought against Plaintiff with prejudice and without costs or attorneys' fees.

_____          Dated: 4/15/15
Andrew Dwyer, Esq.
Attorney for Plaintiff

_____          Dated: 4/15/15
Kathleen Barnett Einhorn, Esq.
**GENOVA BURNS LLC**
Attorneys for Defendant,
Hon. Francine A. Schott, J.S.C.

_____          Dated: 4/15/15
Susan M. Scott, Esq.,
Deputy Attorney General
State of New Jersey - Office of the Attorney General
Attorney for Defendants,
State of New Jersey and Elisabeth Ann Strom

SO ORDERED:

_____
Honorable Esther M. Salas, U.S.D.J.

Dated: April 15, 2015